RE: ELH-97-0355
ECF 513.

Dear Clerk,

Respects to this Court! This correspondence is in regards to my filing a "Reply" to the Governments Response to my Pro-se Motion For Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. 3582(c)(1)(A) and the First Step Act of 2018. ECF 513. Crim. No. ELH 97-355

I wrote this Court on 8/17/21 & 8/23/21 in regards to matters with my Motion. I never received a response! On Friday September 10, 2021 I received a copy of the Government's Response to my Motion. As I informed this Court in my 8/17/21 & 8/23/21 letters, I never received a Response copy. However, the Governments Response was Sealed, which in turn, the legal assistance that I was receiving could not access a copy of the response via PACER, to begin a Reply.

So, I ask this Court to unseal the Governments Response, and give the Defendant a date to have a "Reply" done. As stated, the Defendant "never" received a copy of the Gov." Response until 9/10/21 and it was filed on 8/2/21.

I thank this Court in advance!

Date: September 13, 2021
Jerry A. Williams #60741-248
P.O. Box 019001
Atwater, CA 95301

Respectfully,
Jerry A. Williams