IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:97-cr-00355-ELH |
| ) | |
| ) | |
| JERRY WILLIAMS ) | |

**MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

COMES Defendant, Jerry Williams ("Williams"), appearing *pro se,* and files his Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion for Compassionate Release, and would show as follows:

**PRELIMINARY STATEMENT**

As a preliminary matter, Williams respectfully requests that this Court be mindful that *pro se* complaints are to be held "to less stringent standards than formal pleadings drafted by lawyers," and should therefore be liberally construed. See *Clark v. Cartledge,* 829 F.3d 303 (4th Cir. 2016); *Estelle v. Gamble*, 429 U.S. 97 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519 (1972) (same).

**REASON FOR EXTENSION**

The sixteen (16) page sealedUnited States' Response in Opposition to Defendant's Motion for Compassionate Release ("USR") [Doc. 527] was just received by Williams through the prison mail. Because the USR was sealed he has not had access to it and the government finally mailed a copy to him. Moreover, because of the Covid/Delta Virus pandemic the compound at USP Atwater has had limited movement, many lockdowns and very limited access to the prison law library. As such, Williams needs to research, prepare and perfect his Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including December 13, 2021, to complete his Reply.

WHEREFORE, premise considered, LaForte prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including December 13, 2021.

Respectfully submitted,

Dated: November 12, 2021

*[signature]*
Jerry A. Williams
Reg. No. 00741-748
USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA  95301

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion for Compassionate Release, postage prepaid, to Kim Yon Oldham, U.S. Attorney s Office , 36 S. Charles Street, 4th Floor, Baltimore, MD 21201.

*[signature]*
JERRY WILLIAMS

JERRY ANTONIO WILLIAMS
REG. NO. 00741-748
USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301

November ___, 2021

Ms. Felicia C. Cannon
Clerk of Court
U.S. District Court
District of Maryland
Northern Division – Baltimore
101 West Lombard Street
Baltimore, MD 21201-2605

```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

        NOV 17 2021

          AT BALTIMORE
   CLERK U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY                      DEPUTY
```

RE: United States v *Laforte*
Crim No. 1:97-cr-00355-ELH

Dear Ms. Cannon:

Enclosed please find and accept for filing Movant's Motion for Extension of Time to File Reply to Government's Response to Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this motion to the Court.

Thank you for your assistance in this matter.

Sincerely,

_____
JERRY ANTONIO WILLIAMS
Appearing *Pro Se*

*Encl. as noted*

